UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGHLANDER HOLDINGS, INC.,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ANDREW FELLNER, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:18-cv-1506-AHG<br><br>**ORDER:**<br><br>**(1) SETTING CASE MANAGEMENT CONFERENCE TO DISCUSS AMENDED SCHEDULING ORDER; and**<br><br>**(2) SETTING DEADLINE FOR THE PARTIES TO FILE JOINT PROPOSAL FOR REMAINING CASE DEADLINES** |

　　　　This matter comes before the Court upon review of the record. On December 5, 2019, the Court issued the Scheduling Order regulating discovery and other pretrial proceedings in this case. ECF No. 53. On April 1, 2020, the district judge signed and approved the parties' consent to the undersigned to act as the presiding judge. ECF No. 56. As a result, the pretrial deadlines in the Scheduling Order pertaining to the previously assigned district judge are now obsolete.

　　　　The Court intends to issue an amended Scheduling Order to reset the remaining pretrial dates before the new presiding judge. Accordingly, the Court **SETS** a Case

1 Management Conference ("CMC") for **August 7, 2020** at **2:15 p.m.** for the purpose of
2 discussing the new case schedule. Plaintiff's counsel and Defendant Fellner shall call the
3 chambers teleconference line at **1-877-873-8018** and use **8367902** as the access code to
4 participate in the CMC.

5     Prior to the CMC, the parties must meet and confer and prepare a joint proposal for
6 the amended Scheduling Order. The joint proposal should include proposed dates for
7 (1) the deadline to file dispositive pretrial motions, including *Daubert* motions; (2) the
8 pretrial conference date; and (3) the trial date. Plaintiff's counsel must file the joint
9 proposal by **August 5, 2020**.

10     The parties should also be prepared to discuss the status of scheduling Defendant
11 Fellner's second day of deposition, and whether an extension of the existing deadline of
12 August 13, 2020 to take the deposition is required for the parties to be able to find a
13 mutually agreeable date.

14     **IT IS SO ORDERED.**

16 Dated: July 23, 2020

17 _____
Honorable Allison H. Goddard
18 United States Magistrate Judge