1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10
11

HIGHLANDER HOLDINGS, INC.,

Case No.:  3:18-cv-1506-AHG-LL

12

Plaintiff,

13

v.

14

ANDREW FELLNER, *et al.*,

15

Defendants.

16

**ORDER GRANTING JOINT MOTION TO CONTINUE THE DEPOSITION OF ANDREW FELLNER**

[ECF No. 92]

17
18

On March 23, 2021, the parties filed a joint motion to continue the date of Defendant

19

Andrew Fellner's deposition. ECF No. 92. Under Fed. R. Civ. P 16(b)(4), "[a] schedule

20

may be modified only for good cause and with the judge's consent." "Good cause" is a

21

non-rigorous standard that has been construed broadly across procedural and statutory

22

contexts. *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010). The

23

good cause standard focuses on the diligence of the party seeking to amend the scheduling

24

order and the reasons for seeking modification. *Johnson v. Mammoth Recreations, Inc.*,

25

975 F.2d 604, 609 (9th Cir. 1992).

26

Here, counsel for Defendant Fellner explains that he has been dealing with a family

27

medical emergency that has kept him out of the office for several weeks, and his wife will

28

soon be undergoing an unexpected surgery. ECF No. 92 at 2. Accordingly, he will be

unavailable to attend Mr. Fellner's deposition on March 25, 2021. *Id.* Counsel have agreed to reschedule the deposition for April 19, 2021. *Id.* In light of these circumstances, the Court finds good cause to **GRANT** the joint motion. All other limitations on discovery set forth in this Court's August 10, 2020 Amended Scheduling Order (ECF No. 75), as modified by the Court's intervening January 19, 2021 Order (ECF No. 90), remain in effect.

Accordingly, **IT IS HEREBY ORDERED** that Defendant Andrew Fellner is ordered to appear for his deposition on **April 19, 2021**.

**IT IS SO ORDERED.**

Dated:  March 23, 2021

_____

Honorable Allison H. Goddard
United States Magistrate Judge